DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MACKEL D. WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-2569

_____

September 3, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Nancy Moate Ley, Judge.

Ashley Moody, Attorney General, Tallahassee and Suzanne C. Bechard, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

    Affirmed.

KELLY, VILLANTI, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.